UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Construction Materials Recycling
Association Issues and Education Fund, Inc., et al.</u>

          v.                    Civil No. 08-cv-376-JD

<u>NH Attorney General, et al.</u>

<u>O R D E R</u>

I recuse myself from further participation in this case.

SO ORDERED.

November 5, 2009                    <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

cc:    Frank Spinella, Jr., Esq.
        Leon Blais, Esq.
        Mary Maloney, Esq.